UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALAN SKARI,

                Plaintiff,                20 **CIVIL** 5659 (NRB)

      -against-

                              **DEFAULT JUDGMENT**

RYAN MICHAEL MURNANE,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 24, 2021, judgment is entered in favor of Skari in the amount of $313,069, with pre-judgment interest to run from December 7, 2018, the date of the MCSI order. Interest will be calculated based on Montana law, MONT. CODE ANN § 25-9-205, which states that the rate shall be equal to the rate for bank prime loans published by the federal reserve (3.25%), plus 3%, in the amount of $54,787.08 for a total sum of $367,856.08. We further note that Skari seeks an award of attorneys' fees. Given that Skari has failed to provide contemporaneous records or any basis upon which the court could calculate any fee, we do not award attorneys' fees; accordingly, the case is closed.

**Dated:** New York, New York
          September 24, 2021

                                                  **RUBY J. KRAJICK**
                                                  Clerk of Court
                               **BY:**
                                                    Deputy Clerk